No. 870. GRAND RAPIDS STORE EQUIPMENT. CORP. v. WEBER SHOW CASE & FIXTURE Co. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frank E. Liverance, Jr.,* for petitioner. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for respondent.

No. 871. FRANTZ v. WEST VIRGINIA. June 2, 1930. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. Russell L. Ritz* for petitioner. No appearance for respondent.

No. 873. GALT v. CHICAGO. June 2, 1930. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Howard F. Bishop* for petitioner. *Messrs. Samuel A. Ettelson* and *Gotthard A. Dahlberg* for respondent.

No. 883. LEININBACH v. UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William A. Gray* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *Paul D. Miller* for the United States.

No. 886. ROSS v. UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Bernard Handlan* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.